159 F.3d 1351
 1998-2 Trade Cases P 72,241
 William J. Kerth, M.D., E. Lawrence Hanson, M.D.
v.
Hamot Health Foundation, Inc., Hamot Medical Center of City
of Erie, Pennsylvania, George J. D'Angelo, M.D., George F.
Kish, M.D., Dennis J. Michalak, M.D., Prabhaker G. Sardesai,
M.D., Wilfredo S. Tan, M.D., Medicor Associates, Inc., Hamot
Health Systems, Inc., Thoracic and Cardiovascular
Associates, P.C., Thoracic and Cardiovascular Associates,
In., d/b/a D'Angelo Clinic
 NO. 97-3606
 United States Court of Appeals,
Third Circuit.
 July 15, 1998
 
 1
 Appeal From: W.D.Pa. ,No.95cv00212E ,
 
 989 F.Supp. 691
 
 2
 Affirmed.